IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HAMLET, | No. 2:08-cv-03025-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this action which has been docketed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On December 24, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed December 24, 2008, are adopted
7  in full;
8  2. This action is dismissed, without prejudice; and
9  3. The Clerk of the Court is directed to enter judgment of dismissal and close
10 this file.

Dated: February 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE